E. BRYAN WILSON
Acting United States Attorney

JENNIFER IVERS
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:21-cr-00086-TMB-MMS |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) POSSESSION OF A CONTROLLED |
| v. | ) SUBSTANCE WITH INTENT TO |
| | ) DISTRIBUTE |
| JOSEPH ANDREW FRANKS IV, | )   Vio. of 21 U.S.C. § 841(a)(1), |
| | ) (b)(1)(C) |
| Defendant. | ) |
| | ) COUNT 2: |
| | ) POSSESSION OF A FIREARM IN |
| | ) FUTHERANCE OF A DRUG |
| | ) TRAFFICKING CRIME |
| | )   Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) |
| | ) COUNT 3: |
| | ) FELON IN POSSESSION OF |
| | ) FIREARMS |
| | )   Vio. of 18 U.S.C. §§ 922(g)(1) and |
| | ) 924(a)(2) |
| | ) |
| | ) |
| | ) |
| | ) |

)   COUNT 4:
)   POSSESSION OF CONTROLLED
)   SUBSTANCES WITH INTENT TO
)   DISTRIBUTE
)     Vio. of 21 U.S.C. § 841(a)(1),
)   (b)(1)(B) and (C)
)
)   CRIMINAL FORFEITURE
)   ALLEGATION:
)     21 U.S.C. § 853
)

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about January 28, 2021, within the District of Alaska, the defendant JOSEPH ANDREW FRANKS IV, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about January 28, 2021, within the District of Alaska, the defendant JOSEPH ANDREW FRANKS IV, did knowingly possess firearms, to wit: a Kimber Model II Ultra Carry .45-caliber pistol and a Colt Government .45-caliber pistol, in furtherance of the drug trafficking offense alleged in Count 1.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about January 28, 2021, within the District of Alaska, the defendant, JOSEPH ANDREW FRANKS IV, knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

1. One Kimber Model II Ultra Carry .45-caliber pistol; and
2. One Colt Government .45-caliber pistol.

### Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| January 12, 2016 | 4th Degree Misconduct Involving Controlled Substances | Superior Court for the State of Alaska | 3PA-15-02889CR |
| August 26, 2015 | Felony DUI | Superior Court for the State of Alaska | 3PA-13-01971CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 4

On or about February 4, 2021, within the District of Alaska, the defendant, JOSEPH ANDREW FRANKS IV, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: 5 grams or more of pure methamphetamine, and a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) and (C).

CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 4 of this Indictment, the defendant, JOSEPH ANDREW FRANKS IV, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1. $5,320 in US currency.

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Jennifer Ivers
JENNIFER IVERS
Assistant U.S. Attorney
United States of America

s/ Christina Sherman for
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: September 21, 2021